**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                                Case No. 12-31651-DHW
                                                                    Chapter 13
Rita Rena Robinson

                    Debtor(s).


**ORDER ALLOWING WITHDRAWAL OF MOTION**

At the hearing on March 3, 2014, the Trustee requested to withdraw the Motion to
Conditionally Dismiss Case for Failure to Make Plan Payments, it is

ORDERED that the Motion is WITHDRAWN.


March 4, 2014

                                                    /s/ Dwight H. Williams, Jr.
                                                    United States Bankruptcy Judge


c:        Debtor
          Richard D. Shinbaum, Attorney for Debtor
          Curtis C. Reding, Trustee